480

PER CURIAM.

(No. 75-CC-872—

MENTAL HEALTH CENTER, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

*Opinion filed April 9, 1975.*

MENTAL HEALTH CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-873—

RELIANCE ELECTRIC Co., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed April 9, 1975.*

RELIANCE ELECTRIC Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.